

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2022

No. 04-22-00236-CV

**IN THE INTEREST OF C.R.G.P**, a minor child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-12544
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellant appears to be appealing a judgment of contempt. This court does not have jurisdiction to review contempt orders by direct appeal. *Norman v. Norman*, 692 S.W.2d 655, 655 (Tex. 1985). Contempt orders may only be reviewed by an application for a writ of habeas corpus, if the contemnor has been confined, or by a petition for a writ of mandamus, if the contemnor has not been confined. *See Rosser v. Squier*, 902 S.W.2d 962, 962 (Tex. 1995); *Ex parte Williams*, 690 S.W.2d 243, 243 (Tex. 1985).

It is therefore ORDERED that Appellant show cause in writing within fifteen days of the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court